# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 12, 2023

*By the Court:*

|  | INDIANA GREEN PARTY, et al.,<br>Plaintiffs - Appellants |
|---|---|
| No. 23-2756 | v. |
|  | DIEGO MORALES,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-00518-JRS-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney, II ||

Upon consideration of the **APPELLANTS' CONSENT MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF**, filed on September 11, 2023, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellants are due by November 17, 2023.

2. The brief of the appellee is due by December 18, 2023.

3. The reply brief of the appellants, if any, is due by January 8, 2024.


Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)